HENRIETTA EBERHARDT, Appellant, *v.* CHARLES M. SIEGEL et al., Respondents, Impleaded with Others.

Argued April 11, 1940; decided April 26, 1940.

584

*Winfred C. Allen, George J. Kirschenstein* and *Jacob Marx* for appellant.

*Abraham J. Halprin* for Arthur A. Oldham, respondent.

Order affirmed, with costs, on the ground that the payment of the principal sum by one of the joint debtors discharged and satisfied the judgment not only as to him but also as to the other joint debtor. (*Brady* v. *Mayor*, 14 App. Div. 152; *United States* v. *Sherman*, 98 U. S. 565; *Cutter* v. *Mayor*, 92 N. Y. 166.) No opinion. (See 283 N. Y. 658.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.